```
                          _____

                          No. 96-3812EM
                          _____
```

Earl McAfee,                          *
                                      *
      Plaintiff-Appellant,          *
                                      *
    v.                              *
                                      *
Simon Risk, Individually and as       *     Appeal from the United States
a Police Officer; James Whyte,        *     District Court for the Eastern
Individually and as a Police          *     District of Missouri.
Officer;                              *
                                      *          [UNPUBLISHED]
      Defendants-Appellees,         *
                                      *
City of St. Louis,                    *
                                      *
      Defendant.                    *
                          _____

                 Submitted:  February 4, 1997

                   Filed:  February 10, 1997
                          _____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judge.
                          _____


PER CURIAM.


    Earl McAfee appeals the district court's judgment entered on an adverse jury verdict in McAfee's civil rights action.  McAfee neither provided a trial transcript nor requested one at government expense.  To the extent discernible, McAfee's claims of error relate to matters of evidence and purported judicial bias and are not subject to meaningful review without a trial transcript.  See Fed. R. App. P. 10(b) (duty of appellant to order transcript); Meroney v. Delta Int'l Mach. Corp., 18 F.3d 1436, 1437 (8th Cir. 1994); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam), cert. denied, 484 U.S. 1071 (1988).  We thus dismiss McAfee's appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.